IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALI S. MUHAMMAD, | : CIVIL ACTION NO. |
| | : 1:17-CV-4330-MLB-JSA |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| DEUTSCHE BANK NATIONAL TRUST CO., *et al.*, | : |
| | : |
| | : **FINAL REPORT AND** |
| Defendants. | : **RECOMMENDATION** |

Plaintiff Ali S. Muhammad filed the above-captioned action *pro se* on October 31, 2017. On May 11, 2018, the undersigned entered a Non-Final Report and Recommendation [34] in which it noted that Plaintiff had not provided any proof of service on Defendant "Peter Rubin" and "Peter Rubin" had not entered an appearance. Report and Recommendation [34] at 27-28. Plaintiff was ordered to show cause in writing within twenty-one (21) days why his claims against Defendant "Peter Rubin" should not be dismissed for failure to serve. *Id.* at 28.

On May 24, 2018, Plaintiff filed a Response and Objections to the Non-Final Report and Recommendation of the Magistrate Judge on a Motion to Dismiss [36] ("Objection"), in which he states that "Plaintiff apologizes to the Court that Plaintiff inadvertently included an incorrect name in Plaintiff's Complaint as apparently there is no such person known as 'Peter Rubin' associated with the law firm of

Rubin Lublin and Plaintiff therefore agrees to a dismissal in regards to 'Peter Rubin' making a written show cause as unnecessary." Pl. Objection [36] at 3.

Rule 4(m) of the Federal Rules of Civil Procedure provides that "if a defendant is not served within 90 days after the complaint is filed, the court—on motion of its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). In this case, the deadline for Plaintiff to serve Defendants was on January 29, 2018. In his Objection, Plaintiff concedes that he inadvertently named "Peter Rubin" as a Defendant, that there is no such person known as "Peter Rubin" associated with the law firm of Rubin Lublin, and that he agrees to a dismissal of his claims against "Peter Rubin."

Accordingly, the undersigned **RECOMMENDS** that Plaintiff's claims against Defendant "Peter Rubin" be **DISMISSED** for failure to serve. As this is a Final Report and Recommendation, there is nothing further in this action pending before the undersigned. Accordingly, the Clerk is **DIRECTED** to terminate the reference of this matter to the undersigned.

**IT IS SO RECOMMENDED** this 5th day of June, 2018.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE